IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | 8:05CR392 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **DERRICK MURRELL,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Michael F. Maloney of the Federal Public Defender's Office to withdraw as counsel for the defendant, Derrick Murrell [12]. Since retained counsel, Thomas P. Frerichs, has entered an appearance for the defendant [11], the motion to withdraw [12] is granted.  Mr. Maloney shall be deemed withdrawn as attorney of record and  shall forthwith provide Mr. Frerichs with the discovery materials provided the defendant by the government and such other materials obtained by Mr. Maloney which are material to the defendant's defense.

**IT IS SO ORDERED.**

DATED this 29th day of December, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge