**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR392** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **DERRICK MURRELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's Motion in Limine (Filing No. 19).

IT IS ORDERED that the Defendant's Motion in Limine (Filing No. 19) is held in abeyance and will be decided at the attorney conference scheduled in chambers on the first day of trial.

DATED this 14th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge