### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR392** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DERRICK MURRELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion in limine (Filing No. 19). In light of the anticipated change of plea, the motion is denied without prejudice.

IT IS ORDERED that the Defendant's motion in limine (Filing No. 19) is denied as without prejudice.

DATED this 24th day of May, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge