IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:05CR392 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| DERRICK MURRELL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion to extend the deadline to submit objections to the Presentence Investigation Report as required by ¶ 4 of the Order on Sentencing Schedule (Filing No. 38).

The motion is granted, and additional amendments are hereby made to the Order on Sentencing Schedule as noted below.

IT IS ORDERED:

1. The Defendant's motion to extend the deadline to submit objections to the Presentence Investigation Report as required by ¶ 4 of the Order on Sentencing Schedule ("Sentencing Order") (Filing No. 38) is granted;

2. The deadline in ¶ 4 of the Sentencing Order is now August 11, 1006;

3. The deadline in ¶ 6 of the Sentencing Order is now August 21, 2006;

4. The deadline in ¶ 6 of the Sentencing Order is now August 28, 2006; and

5. The deadline in ¶ 7 of the Sentencing Order is now September 5, 2006.

DATED this 24th day of July, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge