IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No: 8:05cr392 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DERRICK MURRELL | ) | |
| | ) | |
| Defendant. | | |

A hearing was held on August 15, 2006 concerning further representation of the defendant by Thomas P. Frerichs.   Mr. Freichs has filed a Notice to the Court [48] advising that he may no longer represent the defendant.  I find the defendant remains eligible for appointment of counsel  pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

IT IS ORDERED:

1. The appearance of Thomas P. Frerichs as defense counsel is hereby deemed withdrawn.

2. The Federal Public Defender for the District of Nebraska is appointed to represent the above named defendant in this matter. At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

3. The Federal Public Defender shall file an Entry of Appearance forthwith.

DATED this 16th day of August, 2006.

BY THE COURT:

s/ F A Gossett
United States Magistrate Judge