IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR392** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **DERRICK MURRELL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's pro se motion to reduce his sentence as a result of crack cocaine Amendment 706 to the sentencing guidelines (Filing No. 64). Counsel was appointed. (Filing No. 65.)

The Defendant pleaded guilty to Counts I and V of the Indictment. Count I charged a conspiracy to distribute and possess with intent to distribute 50 grams or more of crack cocaine, resulting in a statutory minimum sentence of 10 years. The Defendant was sentenced to 120 months imprisonment on Count I. Count V relates to criminal forfeiture.

Even with the change in offense level as a result of Amendment 706, the Defendant was sentenced to the mandatory minimum sentence and, therefore, he is not entitled to a reduction under Amendment 706. *United States v. McGuire,* 524 F.3d 891, 892 (8th Cir. 2008).

IT IS ORDERED that the Defendant's pro se motion to reduce his sentence as a result of crack cocaine Amendment 706 to the sentencing guidelines (Filing No. 64) is denied.

DATED this 26th day of September, 2008.

                                      BY THE COURT:

                                      S/Laurie Smith Camp
                                      United States District Judge